SEP 7 2005 1:23PM ICES OF J HAMILTON RONSIN 004/027 NO. 853 ORIGINAL

FILED SEP - 7 2005 MARIN COUNTY SUPERIOR COURT BY E. TURNER, DEPUTY

David E. Czelusniak, SBN 118483
Law Offices of Jefferi J. Hamilton
Pacific Center I
1455 Frazee Road, Suite 508
San Diego, CA 92108
Telephone: (619) 908-5600
Facsimile: (619) 908-5699

Attorneys for Defendant, Woodside Office Center, LLC

SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR MARIN COUNTY

| | |
|---|---|
| Craig Yates,<br><br>Plaintiffs,<br><br>v.<br><br>Woodside Office Center, L.L.C., et al.,<br><br>Defendants. | Case No. CV 053454<br><br>NOTICE TO ADVERSE PARTY AND NOTICE OF FILING OF NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT<br><br>File by Fax |

NOTICE TO ADVERSE PARTY AND NOTICE OF FILING OF NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT

Pursuant to 28 U.S.C. § 1446(d), defendant Woodside Office Center, L.L.P. gives notice to the Superior Court of the State of California in and for the County of Marin, and to The Frankovich Group, attorneys for plaintiff Craig Yates et al, that defendant has filed a Notice of Removal, removing the above-captioned action to the United States District Court for the Northern District of California. A copy of the Notice of Removal is attached to this Notice.

Dated: 9-6-05

Law Offices of Jefferi J. Hamilton

[signature]

David E. Czelusniak
Attorney for Defendant,
Woodside Office Center, LLC

U.S.C. § 12101 et.seq. This action is one that can be removed to this Court by the Defendants pursuant to the provisions of 28 U.S.C. § 1441(b), in that it is founded on claims or rights arising under the Constitution and laws of the United States. Plaintiff also brings claims under state law over which this Court may exercise supplemental jurisdiction pursuant to 28 U.S.C. § 1367(a).

4. The State Court issued three orders prior to the filing of this notice of removal. The first order set a hearing on failure to file proof of service for October 6, 2005; the second order set a hearing on failure to answer for November 7, 2005; and the third order set a case management conference for December 15, 2005. A copy of the State Court's order entered July 28, 2005, is attached to this notice or removal as Exhibit "C."

5. Following the filing of this notice of removal in this Court, Defendants will file in the State Court a Notice to Adverse Party and Notice of Filing of Notice of Removal of Action to Federal Court. A copy of said notice to adverse party is attached to this notice of removal as Exhibit "B."

Dated: September 6, 2005

Respectfully submitted,

David E. Czelusniak
Attorney for Defendant, Woodside Office Center, L.L.C.

PROOF OF SERVICE BY MAIL

*Craig Yates v. Woodside Office Center, LLC*
Marin Superior Court; Case No. CV053454

I am employed in the County of San Diego, State of California. I am over the age of 18 years and not a party to the within action; my business address is 1455 Frazee Road, Suite 508, San Diego, California 92108.

On the date executed below, I served the document(s) described as:

**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b)**

on interested parties in this action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at San Diego, California 92108, addressed as follows:

SEE ATTACHED SERVICE LIST

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepared at San Diego, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct. Executed on 9-6-05, at San Diego, California.

Marcela Orci

Marcela Orci

David E. Czelusniak, SBN 118483
Law Offices of Jefferi J. Hamilton
Pacific Center I
1455 Frazee Road, Suite 508
San Diego, CA 92108
Telephone: (619) 908-5600
Facsimile: (619) 908-5699

Attorneys for Defendant, Woodside Office Center, LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Craig Yates,<br><br>Plaintiffs,<br><br>v.<br><br>Woodside Office Center, L.L.C., et al.,<br><br>Defendants. | Case No.<br><br>**NOTICE TO ADVERSE PARTY AND NOTICE OF FILING OF NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT** |

NOTICE TO ADVERSE PARTY AND NOTICE OF FILING OF NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT

Pursuant to 28 U.S.C. § 1446(d), defendant Woodside Office Center, L.L.P. gives notice to the Superior Court of the State of California in and for the County of Marin, and to The Frankovich Group, attorneys for plaintiff Craig Yates et al, that defendant has filed a Notice of Removal, removing the above-captioned action to the United States District Court for the Northern District of California. A copy of the Notice of Removal is attached to this Notice.

Dated: 9-6-05

Law Offices of Jefferi J. Hamilton

David E. Czelusniak

Attorney for Defendant,
Woodside Office Center, LLC

David E. Czelusniak, SBN 118483
Law Offices of Jefferi J. Hamilton
1455 Frazee Road, Suite 508
San Diego, CA 92108
Telephone: (619) 908-5600
Facsimile: (619) 908-5699

Attorneys for Defendant, Woodside Office Center, L.L.C

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**Craig Yates,**

**Plaintiffs,**

**v.**

**Woodside Office Center, L.L.C., et al.,**

**Defendants.**

**Case No.**

**CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY AND NOTICE OF FILING OF NOTICE OF REMOVAL TO FEDERAL COURT OF ACTION UNDER 28 U.S.C. § 1441(b)**

I, Marcela Orci, certify and declare as follows:

I am over the age of 18 years and not a party to this action.

My business address is 1455 Frazee Rd., Ste. 508, San Diego, CA 92108 where the mailing described below took place.

On September 6, 2005, I faxed to plaintiff's counsel and caused to be deposited in the United States Mail at San Diego, CA a copy of the Notice to Adverse Party of Removal to Federal Court dated September 6, 2005, addressed to plaintiff's counsel, 2806 Van Ness Avenue, San Francisco, CA 94109, a copy of which is attached to this certificate.

On September 6, 2005, I also caused our attorney service to file a copy of the Notice to Adverse Party and Notice of Filing of Notice of Removal to Federal Court dated September 6,

SUM-100

# SUMMONS
*(CITACION JUDICIAL)*

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

NOTICE TO DEFENDANT:
*(AVISO AL DEMANDADO):*
WOODSIDE OFFICE CENTER LLC., a California limited liability company; MERIDIAN COMMERCIAL INC.; and DOES 1-20, inclusive

YOU ARE BEING SUED BY PLAINTIFF:
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
CRAIG YATES, an individual; and DISABILITY RIGHTS ENFORCEMENT, EDUCATION, SERVICES: HELPING YOU HELP OTHERS, a California public benefit corporation

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*
Superior Court of Marin County
P.O. Box 4988
San Rafael, CA 94913-4988

CASE NUMBER: *(Número del Caso):* CV 053454

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
THOMAS E. FRANKOVICH, 2806 Van Ness Ave., San Francisco, CA 94109

DATE: *(Fecha)* JUL 28 2005 Clerk, by *(Secretario)* E. TURNER, Deputy *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

NOTICE TO THE PERSON SERVED: You are served

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify)*:
3. ☒ on behalf of *(specify)*: Woodside Office Center, LLC, a California limited liability Company

under: ☐ CCP 416.10 (corporation) ☐ CCP 416.60 (minor)
☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
☒ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
☐ other *(specify)*:

4. ☐ by personal delivery on *(date)*:



Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

SUMMONS

Code of Civil Procedure §§ 412.20, 465

American LegalNet, Inc. www.USCourtForms.com

SERVICE LIST

SUPERIOR COURT OF THE STATE OF CALIFORNIA
IN AND FOR MARIN COUNTY

*Yates v. Woodside Office Center*

Woodside Office Center LLC
Matthew T. White
1318 Redwood Hwy, STE 140
Petaluma, CA 94954

Meridian Commercial Inc.
Michael Lieberman (Agent for Service of Process)
100 Larkspur, CA 94939

2005 with the clerk of the Superior Court of the State of California in and for the County of Marin, Case No. 053454, and caused it to be deposited in the United States Mail at San Diego, CA a copy of the Notice to Adverse Party and Notice of Filing of Notice of Removal to Federal Court dated September 6, 2005 addressed to the clerk of the Superior Court of the State of California in and for the County of Marin.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 6, 2005.

Marcela Orci

**PROOF OF SERVICE BY MAIL**

*Craig Yates v. Woodside Office Center, LLC*
Marin Superior Court; Case No. CV053454

I am employed in the County of San Diego, State of California. I am over the age of 18 years and not a party to the within action; my business address is 1455 Frazee Road, Suite 508, San Diego, California 92108.

On the date executed below, I served the document(s) described as:

**CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY AND NOTICE OF FILING OF NOTICE OF REMOVAL TO FEDERAL COURT OF ACTION UNDER 28 U.S.C. § 1441(b)**

on interested parties in this action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at San Diego, California 92108, addressed as follows:

SEE ATTACHED SERVICE LIST

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepared at San Diego, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct. Executed on 9-6-05, at San Diego, California.

Marcela Orci

Craig Yates v. Woodside Office Center
Superior Court of Marin County
Case No.: CV053454

Thomas E. Frankovich
2806 Van Ness Avenue
San Francisco, CA 94109
Tel: 415-674-8600
Fax: 415-674-9900
Attorneys for: Plaintiffs
Craig Yates and Disability Rights
Enforcement, Education Service;
Helping you Help Others