1  SEYFARTH SHAW LLP
   Janine Syll Simerly (SBN: 102361)
2  560 Mission Street, Suite 3100
   San Francisco, California 94105
3  Telephone: (415) 397-2823
   Facsimile: (415) 397-8549
4  Email:  jsimely@seyfarth.com

5  Attorneys for Defendant
   EQUITY OFFICE PROPERTIES
6  MANAGEMENT CORPORATION

7

8                    UNITED STATES DISTRICT COURT

9           IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

10 | CRAIG YATES, an individual, and              ) Case No. C 05-03610 JL
   | DISABILITY RIGHTS ENFORCEMENT,               )
11 | EDUCATION, SERVICES HELPING YOU              ) **STIPULATION AND [PROPOSED]**
   | HELP OTHERS, a California public benefit     ) **ORDER EXTENDING TIME FOR**
12 | corporation,                                 ) **DEFENDANT TO FILE RESPONSIVE**
   |                                              ) **PLEADING TO PLAINTIFF'S FIRST**
13 |            Plaintiffs,                       ) **AMENDED COMPLAINT**
   |                                              )
14 |      v.                                      )
   |                                              )
15 | WOODSIDE OFFICE CENTER LLC, a                )
   | California Limited liability company, and    )
16 | EQUITY OFFICE PROPERTIES                     )
   | MANAGEMENT CORP., a Delaware                 )
17 | corporation,                                 )
   |                                              )
18 |            Defendants.                       )

19

20

21

22

23

24

25

26

27

28

1  Plaintiff CRAIG YATES ("Plaintiff") and Defendant EQUITY OFFICE PROPERTIES
2  MANAGEMENT CORP., hereby stipulate to extend the deadline in which Defendant EQUITY
3  OFFICE PROPERTIES MANAGEMENT CORP., must file a responsive pleading to Plaintiff's
4  First Amended Complaint from October 11, 2005 to November 10, 2005.

5  DATED: 10/12/05

THOMAS E. FRANKOVICH, a Professional Law Corporation

By: _____
Thomas E. Frankovich
Attorney for Plaintiff
CRAIG YATES, et al.

10 DATED: 10/12/05

SEYFARTH SHAW LLP

By: _____
Janine Syll Simerly
Attorneys for Defendant
EQUITY OFFICE PROPERTIES
MANAGEMENT CORP

**ORDER**

17  IT IS SO ORDERED.

19  DATED: 10/14/05

IT IS SO ORDERED
Judge James Larson

United States District Court Magistrate Judge

**GENERAL ORDER 45 ATTESTATION**

I, Janine Syll Simerly, am the ECF User whose ID and password are being used to file STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S FIRST AMENDED COMPLAINT on behalf of all of the parties. In compliance with General Order 45, X.B, I hereby attest that the parties have concurred in this filing.

Janine Syll Simerly

2

STIP. AND [PROPOSED] ORDER EXTENDING TIME FOR DEFS. TO FILE RESPONSIVE PLEADING TO PLT.'S FIRST AMENDED COMPLAINT / CASE NO. C 05-01234 SB