## LAW OFFICES OF JEFFERI J. HAMILTON
1455 FRAZEE ROAD
SUITE 508
SAN DIEGO, CALIFORNIA 92108
Telephone: (619) 908-5600
Facsimile: (619) 908-5699

Jefferi J. Hamilton
Managing Attorney

David E. Czelusniak
John M. Dwyer
Thomas S. Squillaro

Christopher C. Pierson, P.E.
Kenneth A. Rutan
Jennifer Jackson

*A Staff Counsel Office of the CNA Insurance Companies*

January 9, 2006

Clerk of the District Court
United States District Court Northern District of California
450 Golden Gate Avnue Court Room F, 15th Floor
San Francisco, CA 94102

Re: Yates v. Woodside Office Center, LLC
District Court Case No.: C 05-03610 JL
Client: Woodside Office Center, LLC

Dear Clerk:

On January 18, 2006 at 10:30 a.m. the above case is scheduled for a Case Management Conference, and we would like to obtain permission from the court to appear by telephone. We can be reached at (619) 908-5625.

Please confirm if we may appear telephonically for the Case Management Conference.

Thank you for your cooperation.

Very truly yours,

David E. Czelusniak

*[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge James Larson]*