**LAW OFFICES OF JEFFERI J. HAMILTON**
1455 FRAZEE ROAD
SUITE 508
SAN DIEGO, CALIFORNIA 92108
Telephone: (619) 908-5600
Facsimile: (619) 908-5699

Jefferi J. Hamilton
Managing Attorney

David E. Czelusniak
John M. Dwyer
Thomas S. Squillaro

Christopher C. Pierson, P.E.
Kenneth A. Rutan
Jennifer Jackson

*A Staff Counsel Office of the CNA Insurance Companies*

March 07, 2006

Clerk of the District Court
United States District Court Northern District of California
450 Golden Gate Avnue Court Room F, 15th Floor
San Francisco, CA 94102

Re:  Yates v. Woodside Office Center, LLC
     District Court Case No.: C 05-03610 JL
     Client: Woodside Office Center, LLC

Dear Clerk:

On March 22, 2006 at 10:30 a.m. the above case is scheduled for a Case Management Conference, and we would like to obtain permission from the court to appear by telephone. We can be reached at (619) 908-5625.

Please confirm if we may appear telephonically for the Case Management Conference.

Thank you for your cooperation.

Very truly yours,

David E. Czelusniak

3/13/06

IT IS SO ORDERED
Judge James Larson