# LAW OFFICES OF JEFFERI J. HAMILTON
1455 FRAZEE ROAD
SUITE 508
SAN DIEGO, CALIFORNIA 92108
Telephone: (619) 908-5600
Facsimile: (619) 908-5699

Jefferi J. Hamilton
Managing Attorney

David E. Czelusniak
John M. Dwyer
Thomas S. Squillaro

Christopher C. Pierson, P.E.
Kenneth A. Rutan
Jennifer Jackson

*A Staff Counsel Office of the CNA Insurance Companies*

July 7, 2006

Judge Joseph C. Spero
United States District Court Northern District of California
450 Golden Gate Avnue Court Room A, 15th Floor
San Francisco, CA 94102

Re: Yates v. Woodside Office Center, LLC
District Court Case No.: C 05-03610 JL
Client: Woodside Office Center, LLC

Judge Spero:

On August 29, 2006 at 11 a.m. the above case is scheduled for a Settlement Conference, and we would like to obtain permission from the court for the insurance adjuster, for Woodside Office Center, located in Southern California to appear by telephone. The adjuster cannot fly and we cannot locate another adjuster to attend on the date scheduled.

We will, however, have a client representative present, who is really the necessary person to attend for the injunctive relief issues, since no insurance coverage exists for those issues.

We can be reached at (619) 908-5625.

Please confirm if the adjuster may appear telephonically for the Settlement Conference.

Thank you for your cooperation.

Very truly yours,

David E. Czelusniak

Dated: August 17, 2006

**DENIED WITHOUT PREJUDICE**
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA